### IN THE UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

| | |
|---|---|
| United States of America | . |
| | . |
| v. | Record No. 14-1 |
| | . |
| Jorge Avila Torrez | . |

### MOTION FOR SUBSTITUTION OF COUNSEL

The Defendant-Appellant, Jorge Torrez, by his trial counsel, William Brennan, Jr., Robert Jenkins, Jr., and William Mitchell, Jr., respectfully requests that this Honorable Court, pursuant to 18 U.S.C. § 3005 and 3599, allow his counsel to withdraw and to substitute the **Virginia Capital Representation Resource Center** and the **Federal Defender Office for the District of Maryland** as counsel for Mr. Torrez in this direct appeal from his first-degree murder and death sentence.

1. This is a federal capital case. Mr. Torrez was convicted and sentenced to death in the United States District Court for the Eastern District of Virginia. Judgment was entered on May 30, 2014, and a notice of appeal was filed that same date. The appeal has been docketed in this Court.

2. Mr. Torrez has been represented in the district court by three CJA attorneys assigned by that court pursuant to 18 U.S.C. §§ 3005 and 3599. He was and remains financially unable to obtain counsel or other services and resources.

3.      Pursuant to the policy of the Judicial Conference in federal capital cases for new counsel to be assigned on appeal,[1] it has been this Court's practice to permit trial counsel to withdraw and to appoint new counsel, on request.  See, *e.g*., United States v. Umana, No. 10-6 (two CJA trial counsel permitted to withdraw, new CJA counsel and out-of-district federal defender office appointed); United States v. Runyon, No. 09-11 (two CJA trial counsel permitted to withdraw, two new CJA counsel appointed); United States v. Hager, No. 08-04 (two CJA trial counsel permitted to withdraw, Federal Capital Appellate Resource Counsel and CJA counsel appointed).

4.      Moreover, in this case, undersigned trial counsel believe there are particular legal and ethical considerations that require them to withdraw.  These include, but are not limited to, the fact that they expect one of the principal issues on appeal to be whether the district court erred in preventing them from withdrawing as counsel when that court authorized Mr. Torrez to override counsel's decisions about presenting his defense at the capital sentencing hearing.  Given this, undersigned trial counsel believe they cannot willingly serve as counsel for Mr. Torrez on appeal, and, indeed, that to do so might present a conflict of interest.

5.      In consultation with others with expertise in this area, undersigned trial counsel for Mr. Torrez have identified highly qualified counsel who are ready and willing to assume representation of Mr. Torrez.  Moreover, because of their experience with appeals in this Circuit

---

[1] See Guide to Judiciary Policy, Volume Pt. A, Appendix 6A, Recommendation and Commentary, Recommendation 1(c), available at:

www.uscourts.gov/uscourts/FederalCourts/AppointmentOfCounsel/vol7/Vol07A-Ch06-Appx6A.pdf

("the attorneys appointed to represent a death-sentenced federal appellant should include at least one attorney who did not represent the appellant at trial")

and because one of those counsel would be a Federal Defender Office, the proposed appellate team would also provide cost-effective representation.[2]

6. Robert E. Lee is the Executive Director of the Virginia Capital Representation Resource Center. Mr. Lee is a member in good standing of the Virginia Bar and the Bar of this Court. Mr. Lee and his office are highly skilled and experienced in providing appellate and other post-conviction representation to defendants under sentence of death, including in this Court. Mr. Lee's office has had some communications with Mr. Torrez, in order to assist trial counsel during the district court proceedings; this familiarity will assist in the transitioning of counsel. Moreover, Mr. Lee and his office represent another inmate on federal death row at USP Terre Haute in Indiana, which may allow for cost savings in terms of client communications.

7. James Wyda is the Federal Defender for the District of Maryland. While his office has not been involved in any capital appeals, they have extensive experience and expertise in handling federal criminal appeals in this Circuit, as the Court is well aware. They also have some experience with capital cases at the district-court level.[3] Pursuant to established protocols, Mr. Wyda has notified both the Administrative Office of the United States Courts, and the Administrative Office has notified the Chief Judge for this Circuit, the Hon. William Traxler, of his intention to seek appointment to a case outside his district. Chief Judge Traxler has

---

[2] Mr. Torrez currently faces another pending homicide prosecution in Illinois, which is intertwined with this case including the appeal, since, over defense objection, the Illinois crimes played a significant role at his capital sentencing hearing in the Eastern District of Virginia. His family also resides in Illinois. It is our understanding that Robert Owen, a Professor at Northwestern University Law School in Chicago, Illinois, has agreed to assist the appellate team pro bono.

[3] The local Federal Defender Office, for the Eastern District of Virginia, previously represented Mr. Torrez in district court in pretrial proceedings, but was relieved as counsel when his current attorneys were substituted. Accordingly, that office is unavailable to serve as appellate counsel.

3

registered no objection and, accordingly, the Administrative Office has authorized Mr. Wyda to seek appointment.

8. Pursuant to Local Rule 46(c), the client, Mr. Torrez, is being served with a copy of this motion by first-class mail. Before he was transferred from the local jail, Mr. Torrez was also verbally informed of the proposed substitution of the Virginia Capital Representation Resource Center for current trial counsel; he was agreeable to such substitution.

**Accordingly**, for these and other reasons, the Defendant-Appellant, Jorge Torez, respectfully requests that the Court grant this motion, permit his trial counsel, Robert Jenkins, Jr., William Brennan, Jr., and William Mitchell, Jr., to withdraw, and substitute the Virginia Capital Representation Resource Center, Executive Director Robert E. Lee, and the Federal Defender Office for the District of Maryland, Federal Defender James Wyda, as counsel on direct appeal, pursuant to 18 U.S.C. §§ 3005 and 3599.

Respectfully Submitted,

BRENNAN MCKENNA, CHARTERED

Date: July 15, 2014

/s/
William C. Brennan, Jr.
wbrennan@bsm-legal.com
William A. Mitchell, Jr.
wmitchell@bsm-legal.com
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-0044

BYNUM & JENKINS, PLLC

/s/
Robert L. Jenkins, Jr.
rjenkins@bynumandjenkinslaw.com
1010 Cameron Street
Alexandria, Virginia 22314

4

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 15, 2014, I filed this pleading via the Court's EM/ECF electronic filing system, which shall cause the pleading to be served upon the parties

/s/
William A. Mitchell, Jr.
